IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE:

Shakira Offord

, Debtor(s)

Case No.:18-35303

Judge: Jack B Schmetterer

Chapter: 7

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

APR 17 2019

JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

## NOTICE OF MOTION

TO:   See Attached Service List

PLEASE TAKE NOTICE that on ___April 25, 2019_____ at

___10:00AM_____ or as soon thereafter as I may be heard, I shall appear before the

Honorable Judge ___Schmetterer_____ or any other Bankruptcy Judge presiding in his/her

place in

__x___       Room ___682_____, the courtroom usually occupied by said Judge, in the
            Dirksen Federal Building, 219 S. Dearborn, Chicago, IL 60604.

and then and there present my motion.

## PROOF OF SERVICE
## DECLARATION UNDER PENALTY OF PERJURY

I, ____Shakira Offord_____, declare, **under penalty of perjury**, that
I have PERSONALLY mailed a copy of the foregoing Notice of Motion, and the attached
Motion, to each creditor on the attached service list, by first class mail, postage paid, on this
___17th_____ day of _____April_____, 20_19____.

04/17/2019
Date

Shakira Offord
Debtor, *Pro se*

Penalty for making a false statement or concealing property:
Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 18-35303<br>Northern District of Illinois<br>Eastern Division<br>Wed Apr 17 10:38:29 CDT 2019 | Exeter Finance LLC<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave.<br>Oklahoma City, OK 73118-7901 | Exeter Finance LLC, c/o AIS Portfolio Servic<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | AmeriCash<br>7460 S. Cicero<br>Chicago, IL 60629-5819 | Credit Acceptance<br>Attn: Bankruptcy Dept<br>25505 West 12 Mile Rd Ste 3000<br>Southfield, MI 48034-8331 |
| Exeter Finance LLC<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Exeter Finance LLC<br>PO Box 166097<br>Irving, TX 75016-6097 | (p)FIFTH THIRD BANK<br>MD# ROPS05 BANKRUPTCY DEPT<br>1850 EAST PARIS SE<br>GRAND RAPIDS MI 49546-6253 |
| Head & Neck and Cosmetic<br>Surgery Associates, Ltd<br>PO Box 809094<br>Chicago, IL 60680-9094 | Little Co. of Mary Hospital<br>Bankruptcy Department<br>5252 Hohman Ave<br>Hammond, IN 46320-1723 | Opportunity Financial<br>3201 Dallas Parkway<br>Suite 700<br>Frisco, TX 75034-9573 |
| University of Chicago Hospital<br>5841 S. Maryland Ave.<br>Chicago, IL 60637-1473 | University of chicago Medicine<br>33343 Collections Center Dr.<br>Chicago, IL 60693-0001 | Village of Evergreen Park<br>9418 S Kedzie Ave<br>Evergreen Park, IL 60805-2324 |
| West Lake Finance<br>4751 Wilshire Blvd<br>Los Angeles, CA 90010-3827 | Wilbur S Reneau<br>6122 S. Dorchester Ave.<br>Chicago, IL 60637-2811 | David M Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL 60090-6005 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Shakira Y. Offord<br>8227 S Honore<br>Chicago, IL 60620-4645 | Steven R Radtke<br>Chill, Chill & Radtke PC<br>79 W Monroe Street Suite 1305<br>Chicago, IL 60603-4925 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Fifth Third Bank<br>38 Fountain Square Plaza<br>MD 1 Com 64<br>Cincinnati, OH 45263-0001 | (d)Fifth Third Bank<br>5050 Kingsley Drive, MD# 1MOC2N<br>Cincinnati, OH 45263 | End of Label Matrix<br>Mailable recipients    20<br>Bypassed recipients     0<br>Total                  20 |

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE:

Shakira Offord

Case No.:18-35303

Judge: Jack B Schmetterer

Chapter: 7

, Debtor(s)

**F I L E D**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
APR 17 2019
JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

## MOTION TO REOPEN PROCEEDINGS FOR THE PURPOSE OF FILING CERTIFICATE OF DEBTOR EDUCATION AND MOTION TO WAIVE REOPEN FEE

NOW COMES, Debtor(s), ___Shakira Offord_____, Pro Se, and moves this Honorable Court to reopen Debtor's Chapter 7 case in order to file the Certificate of Debtor Education, in support thereof states as follows:

1. Debtor(s) filed her Petition for relief pursuant to Chapter 13 of Title 11 U.S.C. on ____December 21, 2018_____.

2. Debtor's §341 Meeting of Creditors was held ___February 22, 2019_____.

3. On ___April 1, 2019,_____ the United States Bankruptcy Court closed Debtor's case without discharge due to Debtor's failure to file the Certificate of Debtor Education.

4. Debtor's attorney sent her an email that the Meeting was continued to April 25, 2019, and that the 2nd course was required before that date. However, her original Meeting was January 28, 2019, which was rescheduled due to the extreme weather conditions, which meant her discharge was actually scheduled for March 29, 2019.

5. Debtor believes this was not an error on her part and requests that the reopen fee be waived. Also, Debtor's attorney required additional fees to reopen the case although he sent her false information about April 25th. Lastly, she does not have as many hours at her job and her main source of income is her adoption stipend.

WHEREFORE, DEBTOR prays that this Honorable Court reopens her case for the sole purpose of filing the Certificate of Debtor Education and thus allow her case to be discharged.

Debtor also prays that this Honorable Court waives the reopen fee of $260.00 or whatever it deems fair and just.

Respectfully submitted,

*Shakira Ajord*
Debtor, Pro Se